06-14-00131CR

Debra K. Autrey, Clerk

Clerk of the ___Sixth___ Court of Appeals

RECEIVED IN
The Court of Appeals
Sixth District

SEP 21 2015

Texarkana, Texas
Debra Autrey, Clerk

RE : ( ___12F0117-202___ )

Dear Sir . Madam,

On ___June 19___ ,20 ___15___ . My appeal attourney notified me that an Anders Breif was filed on my behalf as outlined in Anders V California and further advised me of my Right to file a probe breif or response to the Anders breif. By this letter . I Am giving . you Notice that I wish to file a Phose breif or Response.

I Also request an extenston of time in which to file my breif or Response since I have not had Access to my Appellate record or to A$ Law Library.

Enclosed please find my first Motion to extension of Time . Please file and bring to the Allention of the court.

FILED IN
The Court of Appeals
Sixth District

SEP 2 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Thank you for your Consideration

Respectfully
Carnell McHenry

Appellant Pro Se . #1928881
Joe f Gurney Unit
Palestine Tx 75803